No. 98–5871.  LYNCH *v.* PATHMARK SUPERMARKETS, *ante,* p. 938;

No. 98–5887.  ELBERT *v.* UNITED STATES, *ante,* p. 920;

No. 98–5911.  LAGRAND ET AL. *v.* STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, *ante,* p. 971;

No. 98–5915.  OKORO *v.* UNITED STATES, *ante,* p. 939;

No. 98–6004.  IN RE WEBB, AKA WEBB-EL, *ante,* p. 928; and

No. 98–6080.  PEREZ *v.* UNITED STATES, *ante,* p. 954.  Petitions for rehearing denied.

DECEMBER 8, 1998

No. 98–5731 (A–434).  TRUESDALE *v.* MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 951.  Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.  Petition for rehearing denied.

DECEMBER 9, 1998

No. M–35 (A–471).  TUAN ANH NGUYEN *v.* GIBSON, WARDEN.  Motion to permit filing of a petition for writ of certiorari denied.  Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied.  JUSTICE STEVENS, JUSTICE SOUTER, JUSTICE GINSBURG, and JUSTICE BREYER would grant the application for stay of execution.

No. 98–7167 (A–466).  IN RE TUAN ANH NGUYEN.  Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied.  Petition for writ of habeas corpus denied.

No. 98–7206 (A–468).  BARBER *v.* TEXAS.  Ct. Crim. App. Tex.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Certiorari denied.